IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE:<br>LAYTH F. ABDELQADER<br>Debtor<br>LAKEVIEW LOAN SERVICING, LLC<br>Movant<br>v.<br>LAYTH F. ABDELQADER<br>and<br>JEFFREY J. SIKIRICA (TRUSTEE)<br>Respondents | Bankruptcy No. 19-23045-JAD<br><br>Chapter 7<br><br>Related to Doc. No. 12 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 1st day of November, 2019, upon Motion of **LAKEVIEW LOAN SERVICING, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable no-nbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 1011 STOCKTON RDG, CRANBERRY TOWNSHIP, PA 16066, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

_/s/ Jeffery A. Deller_  mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
Bryan P. Keenan, Esquire
Robert P. Wendt, Esquire
Jeffrey J. Sikirica, Esquire

FILED
11/1/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA